```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROGELIO RODRIGUEZ-CASTELLANOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:04-cr-0084 WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE |
| | ) |
| ROGELIO RODRIGUEZ-CASTELLANOS, | ) Date:  August 17, 2009 |
| | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for August 17, 2009, be vacated and the case continued until October 13, 2009, at 8:30 a.m. for further status conference. This continuance is sought in light of both counsel's current work schedules, and to permit detailed consultation between counsel regarding potential resolution as well as permit further defense preparation.

1 **IT IS FURTHER STIPULATED** that provisions of the Speedy Trial Act
2 are not implicated by the continuance of this case, which charges
3 violations of a term of supervised release.
4     **IT IS SO STIPULATED.**

6 Dated: August 12, 2009              /S/ Michael D. Anderson
                                      MICHAEL D. ANDERSON
7                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff

9 Dated: August 12, 2009              /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
10                                    Assistant Federal Defender
                                      Attorney for Defendant
11                                    ROGELIO RODRIGUEZ-CASTELLANOS

**O R D E R**

    **IT IS SO ORDERED.**

            By the Court,

Dated:   August 12, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE