```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROGELIO RODRIGUEZ-CASTELLANOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:04-cr-0084 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING CASE |
| | ) |
| ROGELIO RODRIGUEZ-CASTELLANOS, | ) Date:  October 13, 2009 |
| | ) Time:  8:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for October 13, 2009, be vacated and the case continued until November 16, 2009, at 8:30 a.m. for further status conference. This continuance is sought in light of both counsel's current work schedules, the availability of defense counsel's interpreter, and to permit review and consultation regarding a just-received offer to resolve the case without trial.

1 **IT IS FURTHER STIPULATED** that provisions of the Speedy Trial Act
2 are not implicated by the continuance of this case, which charges
3 violations of a term of supervised release.
4 **IT IS SO STIPULATED.**

6 Dated: October 9, 2009              /S/ Michael D. Anderson
                                     MICHAEL D. ANDERSON
7                                    Assistant U.S. Attorney
                                     Counsel for Plaintiff

9 Dated: October 9, 2009              /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
10                                   Assistant Federal Defender
                                     Attorney for Defendant
11                                   ROGELIO RODRIGUEZ-CASTELLANOS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  October 13, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE