DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROGELIO RODRIGUEZ-CASTELLANOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-0084 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| ROGELIO RODRIGUEZ-CASTELLANOS, ) | Date:  November 16, 2009 |
| ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the Admit/Deny Hearing scheduled for November 16, 2009, be vacated and the case continued until January 11, 2010, at 8:30 a.m. for further status conference. This continuance is sought in light of counsel's recent work schedule, the availability of defense counsel's interpreter, and to permit review and consultation regarding an offer to resolve the case without hearing.

**IT IS FURTHER STIPULATED** that provisions of the Speedy Trial Act are not implicated by the continuance of this case, which charges violations of a term of supervised release.

**IT IS SO STIPULATED.**

Dated: November 13, 2009        /S/ Michael D. Anderson
                                MICHAEL D. ANDERSON
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: November 13, 2009        /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                ROGELIO RODRIGUEZ-CASTELLANOS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  November 13, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE